**AFFIDAVIT**

I, William L Phelan, state:

*INTRODUCTION AND AGENT BACKGROUND*

1. I have been a Special Agent with The Treasury Inspector General for Tax Administration (TIGTA), United States Department of Treasury since October 2019. In that role, I investigate external attempts to corruptly interfere with Federal tax administration and related criminal statutes. I have been the lead case agent on numerous fraud investigations. I have been the affiant in support of applications for criminal complaints, and I have executed arrest warrants based on those complaints.

2. I submit this affidavit in support of an application for a criminal complaint charging GINO ROSARIO TYLER ALEXANDER ALLEGRA ("ALLEGRA") with four counts of theft of government funds, in violation of 18 U.S.C. § 641, and for a warrant for ALLEGRA's arrest.

3. As detailed below, ALLEGRA was the only officer of World Advance, Inc., a Massachusetts business. Between November 2023 and June 2024, ALLEGRA obtained at least four tax refund checks that the U.S. Treasury had issued to other companies but that had been altered to be payable to World Advance, Inc. ALLEGRA deposited these checks into credit union accounts he controlled, and thereby stole at least $861,646.63 from the U.S. Treasury.

4. The facts in this affidavit come from my personal knowledge, information provided to me by other law enforcement agents, information I obtained through witness interviews, and my review of the records described below. I do not intend this affidavit to set forth all of the information that I have learned during this investigation and includes only the information necessary to establish probable cause for the requested complaint and arrest warrant.

1

## *PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED*

5.  Credit Union A is headquartered in Brockton, Massachusetts.

6.  Credit Union B is headquartered in Bedford, Massachusetts.

7.  According to Massachusetts Registry of Motor Vehicle ("RMV") records, ALLEGRA lives at ▮▮▮▮▮▮▮▮▮▮ in Brockton, Massachusetts.

8.  On or about November 13, 2023, ALLEGRA registered World Advance, Inc. as a Massachusetts business. The Articles of Incorporation filed with the Secretary of the Commonwealth list ALLEGRA as the only corporate officer.

9.  Internal Revenue Service ("IRS") records show that in about 2023, IRS received a Form SS-4 requesting an Employer Identification Number ("EIN") for World Advance, Inc. The form referenced the Social Security number ▮▮▮-▮▮-3410, which IRS records show belongs to ALLEGRA. The IRS assigned World Advance, Inc. an EIN of ▮▮-▮▮▮2632. IRS records show World Advance, Inc. has never filed a federal tax return of any kind that generated a refund.

10. On or about December 5, 2023, ALLEGRA opened a checking account with an account number ending in 7043 in the name of World Advance, Inc. at Credit Union A ("the 7043 Account"). As part of the account opening process, Credit Union A obtained a copy of ALLEGRA's Massachusetts driver's license, which appears below.



11. On or about November 31, 2023, ALLEGRA opened an account with an account number ending in 7010 in the name of World Advance, Inc. at Credit Union B ("the 7010 Account").

12. On or about February 2, 2024, ALLEGRA entered a Credit Union A branch in Brockton and deposited a U.S. Treasury Check numbered 36249374, payable to World Advance, Inc. in the amount of $206,499.70, into the 7043 Account. The check memo reads "Worl Kansas 06/2023 F-941." An image of the check appears below.



13. Based on my training and experience investigating tax fraud, I know that the check memo refers to a Form 941, Employer's Quarterly Federal Tax Return, filed for the tax period

3

ending June 30, 2023, processed by the IRS at its service center in Kansas City, Missouri.

14. Based on bank records and U.S. Treasury records that I have reviewed, U.S. Treasury check number 36249374 cleared, and the funds were in Credit Union A's custody.

15. Based on IRS records that I have reviewed, World Advance, Inc. (EIN: ▇▇2632) has never filed a Form 941.

16. I reviewed U.S. Treasury records for check number 36249374. The records show that the U.S. Treasury issued check number 36249374, in the amount of $206,499.70, to a skilled nursing business in New York, not to World Advance, Inc., and that the refund resulted from a 2023 Form 941 that the skilled nursing business filed.

17. On or about April 26, 2024, ALLEGRA entered a Credit Union A branch in Brockton and deposited U.S. Treasury check number 43375789, payable to World Advance, Inc. in the amount of $382,996.93, into the 7043 Account. The check memo reads " WORL KANSAS 06/2023 F-1120." A check image appears below.



18. Based on my training and experience investigating tax fraud, I know that this memo refers to a Form 1120, U.S. Corporation Income Tax Return, filed for the tax period ending June 30, 2023, processed by the IRS at its service center in Kansas City, Missouri.

4

19. Based on bank records and U.S. Treasury records that I have reviewed, check number 36249374 cleared, and the funds were in Credit Union A's custody and control.

20. Based on IRS records that I have reviewed, World Advance, Inc. (EIN: ███2632) has never filed a Form 1120.

21. I reviewed U.S. Treasury Records for check number 43375789. The records show that the U.S. Treasury issued check number 43375789 to a company in New York, not to World Advance, Inc., based on a 2023 Form 1120 that the New York company filed.

22. On or about May 7, 2024, ALLEGRA entered a Credit Union B branch in Boston and deposited U.S. Treasury check number 48210287, payable to World Advance, Inc. in the amount of $127,412, into the 7010 Account. The check memo reads "WORLD OGDEN 12/2023 F-8752." The check image appears below:



23. Credit Union B's security system captured the image below of ALLEGRA in its Boston branch at or around the time he deposited the check pictured above on or about May 7, 2024.



24. I know from my training and experience investigating tax fraud that the check memo refers to a Form 8752, Required Payment or Refund Under Section 7519, filed for the tax period ending in December 2023, which the IRS processed at its service center in Ogden, Utah.

25. Based on bank records and U.S. Treasury records that I have reviewed, check number 48210287 cleared, and the funds were in Credit Union B's custody and control.

26. Based on IRS records that I have reviewed, World Advance, Inc. has never filed a Form 8752.

27. I reviewed U.S. Treasury Records for check number 48210287. The records show that the U.S. Treasury issued check number 48210287 to a construction company, not to World Advance, Inc., based on a 2023 Form 8752 that the construction company filed.

28. On or about June 13, 2024, ALLEGRA entered a Credit Union B branch located in Burlington, Massachusetts and deposited U.S. Treasury check number 46972370, payable to World Advance, Inc. in the amount of $144,788.00, into the 7010 Account. The check memo reads "WORL FRESNO 12/2023 TAX REFUND." An image of the check appears below.



29. I know from my training and experience investigating fraud and tax crimes that the memo indicates that IRS generated this U.S. Treasury check based on a tax return for the tax period ending in December 2023 that IRS processed at its service center located in Fresno, California.

30. Based on bank records and U.S. Treasury records that I have reviewed, check number 4697237 cleared, and the funds were in the Credit Union B's custody and control.

31. Based on IRS records that I have reviewed, World Advance, Inc. did not file a tax return that would have generated a tax refund for tax year 2023.

32. I reviewed U.S. Treasury records for check number 46972370. The records show that the U.S. Treasury issued check number 46972370 to a couple in Nevada, not to World Advance, Inc., based on a 2023 Form 1040 that the couple filed.

33. Based on records available from both IRS and the U.S. Treasury, there is probable cause to believe that the U.S. Treasury checks ALLEGRA deposited were not true and accurate copies of checks 43375789, 36249374, 48210287, and 46972370, but rather had been altered to be payable to World Advance, Inc. so that ALLEGRA could convert the checks to his use.

34. There is also probable cause to believe that ALLEGRA knew that he was not entitled to refund checks in the amounts of $206,449.70, $382,996.93, $127,412.00, and

$144,788.00, that the checks were fraudulent, and that he deposited them willfully because ALLEGRA was the owner, operator and only officer of World Advance, Inc., and because World Advance, Inc. had never filed any tax returns and thus could not possibly have received tax refunds.

35. Based on the information provided above, there is probable cause to believe that on or about the following dates and in the following amounts, ALLEGRA stole or knowingly converted to his use or the use of another money of the United States or any department or agency thereof, in violation of 18 U.S.C. § 641:

| Approximate Date | Value |
| --- | --- |
| February 2, 2024: | $206,449.70 |
| April 26, 2024: | $382,996.93 |
| May 7, 2024: | $127,412.00 |
| June 13, 2024: | $144,788.00 |

Sworn to under the pains and penalties of perjury,

William Phelan
Special Agent
Treasury Inspector General for Tax Administration
US Treasury

Subscribed and sworn to before me telephonically pursuant to Rule 4.1(a) on **June 4**, 2025.

Hon. JENNIFER C. BOAL
United States Magistrate Judge